UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SALVATORE BONACCORSO, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-060 |
| | § | |
| 24 HOUR FITNESS USA, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL DISMISSAL ORDER

Before the Court is the parties' Agreed Order to Dismiss. Dkt. 16. Upon consideration of the agreed order and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

It is hereby **ORDERED** that any and all claims, causes of action, and requests for affirmative relief asserted or requested by any party are hereby **DISMISSED WITH PREJUDICE**.

This is a **Final Judgment**.

SIGNED at Galveston, Texas, this 25th day of April, 2018.

George C. Hanks Jr.
United States District Judge